# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
CALISTOGA RANCH OWNER LLC; CALISTOGA RANCH INVESTORS LLC; and CALISTOGA RANCH CLUB

## DEFENDANTS
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON; INTERNATIONAL INSURANCE COMPANY OF HANNOVER SE N/K/A HDI GLOBAL SPECIALTY SE; PREMIER CLAIMS MANAGEMENT LLC; and DOES 1-20, inclusive

**(b)** County of Residence of First Listed Plaintiff: Napa
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant:
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
See attachment

Attorneys *(If Known)*
Hinshaw & Culbertson LLP
Maria S. Quintero, Evan M. Reese
One California St., San Francisco, CA 94111 (415) 362-6000

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business in This State | [x] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [x] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [x] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC § 881 | [ ] 422 Appeal 28 USC § 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC § 157 | [ ] 376 Qui Tam (31 USC § 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability | **LABOR** | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment Of Veteran's Benefits | [ ] 330 Federal Employers' Liability | [ ] 710 Fair Labor Standards Act | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 720 Labor/Management Relations | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | [ ] 740 Railway Labor Act | [ ] 835 Patent—Abbreviated New Drug Application | [ ] 460 Deportation |
| | | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced & Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | **PERSONAL PROPERTY** | [ ] 751 Family and Medical Leave Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit |
| | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 790 Other Labor Litigation | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 791 Employee Retirement Income Security Act | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury -Medical Malpractice / [ ] 385 Property Damage Product Liability | | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise | | **IMMIGRATION** | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 462 Naturalization Application | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **HABEAS CORPUS** | [ ] 465 Other Immigration Actions | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/Accommodations / [ ] 530 General | | [ ] 871 IRS–Third Party 26 USC § 7609 | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities-Employment / [ ] 535 Death Penalty | | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities–Other / **OTHER** | | | |
| | [ ] 448 Education / [ ] 540 Mandamus & Other | | | |
| | [ ] 550 Civil Rights | | | |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee- Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation-Transfer
- [ ] 7 Multidistrict Litigation-Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1332(a)(1), 1441, and 1446

Brief description of cause:
Breach of contract

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, Fed. R. Civ. P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S), IF ANY *(See instructions)*:
JUDGE

DOCKET NUMBER

## IX. DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)
*(Place an "X" in One Box Only)*
- [x] SAN FRANCISCO/OAKLAND
- [ ] SAN JOSE
- [ ] EUREKA-MCKINLEYVILLE



**DATE** June 1, 2022          **SIGNATURE OF ATTORNEY OF RECORD** /s/ Maria S. Quintero



**American LegalNet, Inc.**
www.FormsWorkFlow.com

# **ATTACHMENT**

| | |
|---|---|
| Philip L. Pillsbury, Jr.<br>Ryan H. Opgenorth<br>PILLSBURY & COLEMAN, LLP<br>The Pillsbury & Coleman Building<br>100 Green Street<br>San Francisco, CA 94111<br>Tel.: (415) 433-8000 | ***Attorneys for Plaintiff Calistoga Ranch Club*** |
| John S. Rossiter, Jr.<br>PERKINS COIE LLP<br>505 Howard Street, Suite 1000<br>San Francisco, CA 94105<br>Tel.: (415) 344-7000 | ***Attorneys for Plaintiffs Calistoga Ranch Owner LLC and Calistoga Ranch Investors LLC*** |
| James M. Davis<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Tel.: (206) 359-8000 | ***Attorneys for Plaintiffs Calistoga Ranch Owner LLC and Calistoga Ranch Investors LLC*** |
| Bradley H. Dlatt<br>PERKINS COIE LLP<br>131 S. Dearborn Street, Suite 1700<br>Chicago, IL 60603-5559<br>Tel.: (312) 324-8400 | ***Attorneys for Plaintiffs Calistoga Ranch Owner LLC and Calistoga Ranch Investors LLC*** |

## CERTIFICATE OF SERVICE

**CALISTOGA RANCH OWNER LLC; CALISTOGA RANCH INVESTORS LLC; and CALISTOGA RANCH CLUB, v. CERTAIN UNDERWRITERS AT LLOYD'S, LONDON; INTERNATIONAL INSURANCE COMPANY OF HANNOVER SE N/K/A HDI GLOBAL SPECIALTY SE; PREMIER CLAIMS MANAGEMENT LLC; and DOES 1-20, inclusive**

**3:22-cv-3188**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO:

I am a citizen of the United States and employed in San Francisco, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is One California Street, 18th Floor, San Francisco, California 94111.

On June 1, 2022, I served the document(s) entitled **CIVIL COVER SHEET**, on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

**SEE ATTACHED SERVICE LIST**

☒ **(BY MAIL):** I deposited such envelope in the mail at San Francisco, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(VIA OVERNIGHT MAIL):** I deposited such envelope to be placed for collection and handling, via UPS following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence for UPS. On the same day that material is placed for collection, it is picked up by UPS at San Francisco, California.

☐ **(BY ELECTRONIC MAIL):** By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☐ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on June 1, 2022, at San Francisco, California.

*/s/ Lisa Nystrom*
Lisa Nystrom

**SERVICE LIST**

*Calistoga Ranch Owner LLC v. Certain Underwriters At Lloyd's, London, et al.*

| | |
|---|---|
| Philip L. Pillsbury, Jr.<br>Ryan H. Opgenorth<br>PILLSBURY & COLEMAN, LLP<br>The Pillsbury & Coleman Building<br>100 Green Street<br>San Francisco, CA 94111<br>Tel.: (415) 433-8000<br>Fax: (415) 433-4816<br>Email: ppillsbury@pillsburycoleman.com<br>ropgenorth@pillsburycoleman.com | ***Attorneys for Plaintiff Calistoga Ranch Club*** |
| John S. Rossiter, Jr.<br>PERKINS COIE LLP<br>505 Howard Street, Suite 1000<br>San Francisco, CA 94105<br>Tel.: (415) 344-7000<br>Fax: (415) 444-7050<br>Email: jrossiter@perkinscoie.com | ***Attorneys for Plaintiffs Calistoga Ranch Owner LLC and Calistoga Ranch Investors LLC*** |
| James M. Davis<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Tel.: (206) 359-8000<br>Fax: (206) 359-9000<br>Email: jamesdavis@perkinscoie.com | ***Attorneys for Plaintiffs Calistoga Ranch Owner LLC and Calistoga Ranch Investors LLC*** |
| Bradley H. Dlatt<br>PERKINS COIE LLP<br>131 S. Dearborn Street, Suite 1700<br>Chicago, IL 60603-5559<br>Tel.: (312) 324-8400<br>Fax: (312) 324-9400<br>Email: bdlatt@perkinscoie.com | ***Attorneys for Plaintiffs Calistoga Ranch Owner LLC and Calistoga Ranch Investors LLC*** |